UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHA B. HILLERY,

    Plaintiff,

v.                                  Case No. 6:18-cv-1506-Orl-37TBS

DICK BAIRD, INC; SANTANDER
CONSUMER USA, INC.; and
EVANS J. BACON, III,

    Defendants.

## ORDER

This cause is before the Court on Defendant Santander Consumer USA Inc.'s Motion to Compel Arbitration and Motion to Dismiss. (Doc. 43 ("**Motion**").) On review, the Motion is due to be denied for noncompliance with Local Rule 3.01.

Under Local Rule 3.01, each request for relief should be set out in its own motion with an accompanying memorandum of legal authority. *See* Local Rule 3.01(a), (b), (f). Additionally, unless the relief sought is specifically identified in Local Rule 3.01(g),[1] a party must include "a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." A party cannot circumvent this good faith conferral requirement by embedding requests

---

[1] The good faith conferral requirement does not apply to "a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action." Local Rule 3.01(g).

-1-

for other relief in a motion excused under Rule 3.01(g). As the Motion seeks to compel arbitration, which is not excluded under Local Rule 3.01(g), and does not include the requisite certification, it is denied without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Santander Consumer USA Inc.'s Motion to Compel Arbitration and Motion to Dismiss (Doc. 43) is **DENIED WITHOUT PREJUDICE**. A renewed motion to compel arbitration and a motion to dismiss that comport with the Local Rules may be filed on or before Friday, **December 14, 2018**.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record